**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SENTIENT SENSORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CYPRESS SEMICONDUCTOR CORPORATION,<br><br>Defendant. | C.A. No. 19-1868-MN |

**CYPRESS'S MOTION FOR LEAVE TO FILE**
**REPLY IN SUPPORT OF MOTION FOR REARGUMENT**

Defendant Cypress Semiconductor Corporation ("Cypress") respectfully seeks leave to file the attached four-page [PROPOSED] Reply brief in support of its motion for reargument. Cypress sincerely appreciates the substantial demands on the Court's limited resources and did not lightly choose to file the motion for reargument; nor does it lightly seek leave to submit this reply. As detailed in the attached brief, Sentient's procedural arguments lack merit and multiple precedential opinions from the U.S. Court of Appeals for the Federal Circuit establish that Sentient has invited clear error regarding the preamble issue. Resolution of the preamble issue in accord with controlling precedent would dispose of this matter now, because the accused products are indisputably *single* chip devices (*i.e.,* Programmable System on a Chip ("PSoC")) that could not under any reasonable interpretation be considered multi-chip modules as the alleged invention of the Asserted Patent is repeatedly defined. Thus, Cypress respectfully submits that good cause exists for granting this motion, believes review of the attached brief would correct clear legal error and avert manifest injustice by efficiently resolving this matter now, and seeks leave to submit the attached [PROPOSED] four-page Reply brief.

Dated: March 1, 2021

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*

Thomas L. Halkowski (#4099)
Grayson P. Sundermeir (#6517)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
halkowski@fr.com
sundermeir@fr.com

David M. Hoffman
Claire J. Krebs
Fish & Richardson P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone: (512) 472-5070
hoffman@fr.com
krebs@fr.com

*Attorneys for Defendant*
*Cypress Semiconductor Corporation*

**<u>Local Rule 7.1.1 Certification</u>**

Pursuant to D. Del. Local Rule 7.1.1., the undersigned counsel for Cypress has made reasonable efforts to reach agreement with counsel for Sentient on the matters provided in this motion. Cypress's counsel contacted Sentient's out-of-state counsel and local counsel via email and was advised that Sentient opposes this motion for leave to file a reply and further confirmed its opposition to Cypress's motion for reargument. Cypress's counsel additionally communicated directly with local counsel via phone and Sentient's opposition was confirmed.

<u>Note</u>: Sentient's Opposition brief faults Cypress for not making a reasonable effort to meet and confer regarding the substance of Cypress's motion for reargument that seeks interpretation of the term "instrument controller." Cypress's counsel sincerely appreciates the importance of satisfying counsel's responsibilities under the local rules to meet and confer in good faith. Because Cypress's counsel understood that the motion for reargument relates to relief dispositive of Sentient's claim (*i.e.*, if the term "instrument controller" is construed to mean multi-chip module, it could not reasonably encompass any of the accused system-on-a-chip products which are all indisputably single chip devices), counsel did not view the terms of Local Rule 7.1.1 as being applicable. Moreover, with regard to the substance of meeting and conferring, Cypress notes that the parties had previously met and conferred on multiple occasions over a number of hours with many attorneys, including lead counsel, in an attempt to make every possible effort to narrow disputes concerning all the disputed claim terms, including the term "instrument controller." *See* D.I. 75 & 77 (describing multiple efforts to narrow disputes). Nonetheless, counsel for Cypress regrets these understandings were not set forth in the original moving papers to ensure the record was clear regarding Local Rule 7.1.1 as well as the prior efforts to meet and confer. To complete the record, therefore, counsel has included herein this statement.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SENTIENT SENSORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CYPRESS SEMICONDUCTOR CORPORATION,<br><br>Defendant. | C.A. No. 19-1868-MN |

**PROPOSED ORDER**

Having considered Cypress's Motion for Leave to File Reply Brief, and the submissions in support thereof,

IT IS HEREBY ORDERED this _____ day of ___________________, 2021 that Cypress's Motion for Leave to File a Reply Brief is hereby GRANTED.

_______________________________
United States District Court Judge